UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-40134 ABC |
| ACADEMY HOTEL, LLLP ) | |
| EIN: 84-1060008 ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## MOTION FOR AUTHORITY TO USE CASH COLLATERAL

The Debtor, by and through its attorneys, Kutner Miller Brinen, P.C., moves the Court pursuant to 11 U.S.C. §363(c)(2) and Bankruptcy Rules 4001(b) and 9014 for entry of an order authorizing the Debtor's use of cash collateral, setting a final hearing on the use of cash collateral, and providing adequate protection to its secured creditor Wells Fargo Bank, N.A. as successor by consolidation to Wells Fargo Bank Minnesota, N.A., as Trustee for the Registered Certificateholders of Credit Suisse First Boston Mortgage Securities Corp. Commercial Mortgage Pass-Through Certificates, Series 2001-CF2 ("Lender"), and as grounds therefor states as follows:

### BACKGROUND

1. The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on November 30, 2009. The Debtor remains a Debtor-in-Possession.

2. The Debtor owns and operates a hotel in Colorado Springs, Colorado. The hotel has 196 rooms, one restaurant and bar, and meeting rooms, and is located near the south entrance of the U.S. Air Force Academy ("Hotel"). The restaurant and bar are owned by a separate entity that has not filed a bankruptcy case to date.

3. The Debtor's pre-petition lender with a security interest in real property consisting of the Hotel, receivables, inventory, and other personal property associated with the Hotel is Lender. Lender is generally secured by the Debtor's Hotel property and all the property and income associated with the Hotel. The Lender's lien is perfected with a Deed of Trust, Assignment of Rents, and a UCC 1 Financing Statement filed with the Colorado Secretary of State.

4. Lender is over-secured by the Debtor's assets. The current balance due on Lender's loan is approximately $5,050,585.23 through December 10, 2010. The current fair market value for the Debtor's Hotel is in excess of $6,500,000.

5. The Debtor's revenue consists of the normal income of the Hotel derived from use of the Hotel facilities including revenues derived from the use of Hotel rooms by customers. The Hotel revenues are needed by the Debtor to maintain operations at the Hotel, pay operating expenses, and otherwise preserve the goodwill associated with the continued Hotel operation.

6. The Debtor plans to continue operation of its business throughout the Chapter 11 case and propose a Plan of Reorganization which provides for the continuation of the Debtor's business. It is only through a Plan that all creditors will see a recovery on account of their claims.

7. The Debtor's existing relationship with Lender began in 2001 and is evidenced by a Promissory Note, a Deed of Trust, and other loan documents that secure the loan with the real and personal property consisting of the Hotel. The Promissory Note matures in January 2011.

8. In order to pay necessary operating expenses, the Debtor must immediately use cash collateral in which Lender has an interest. The Debtor proposes to use cash collateral on an interim basis until such time as the Court schedules a final hearing on the use of cash collateral. At the final hearing, the Debtor will seek relief to use cash collateral over an extended period of time. On an interim basis over the next 30 days and monthly basis for the year 2011, the Debtor has prepared a budget setting forth its expected collections, revenues and cash use. A copy of the budget is attached hereto and incorporated herein as Exhibit A ("Budget"). The Debtor proposes to meet the Budget subject to the ability to reasonably deviate from the Budget line items by no more than 15%.

10. The Budget reflects a conservative analysis of the Debtor's income and expenses over the projected periods.

11. It is critical for the Debtor's operation to pay labor and expenses that are incurred on a daily basis. Therefore, the Debtor's use of cash collateral and funding during the interim period is necessary to avoid immediate and irreparable harm to the estate. The Debtor's ability to survive is dependant upon Hotel services to guests without interruption.

12. In order to provide adequate protection for the Debtor's use of cash collateral, the Debtor proposes the following:

    a. The Debtor will provide a first priority lien on all post-petition accounts receivable and personal property and all pre and post-petition assets of the Debtor will serve as collateral for the Lender loans. Lender will also be granted an administrative expense claim under 11 U.S.C. §503(b) and

    §507(b) to the extent that adequate protection is insufficient or inadequate;

  b. The Debtor will maintain adequate insurance coverage on all real and personal property assets and adequately insure against any potential loss;

  c. The Debtor will provide a complete accounting, on a monthly basis, of all expenditures, collections, Hotel occupancy rates, and other information as may reasonably be requested by Lender. The Debtor will provide a copy of the reports filed with the United States Trustee;

  d. The Debtor will only expend cash collateral pursuant to the Budget subject to reasonable expense fluctuation not to exceed 15% per line item; and

  e. The Debtor will pay all post-petition taxes.

13. Should the Debtor default in the provision of adequate protection, the Debtor's approved use of cash collateral will stop.

14. Approval of the Debtor's use of cash collateral in accordance with this Motion and pursuant to the Budget, Exhibit A, is, on an interim basis and a final basis, in the best interest of the Debtor, its creditors and the estate as it will allow the Debtor to maintain its ongoing business operations, allow the Debtor to generate revenue, and provide the Debtor with an opportunity to propose a meaningful Plan.

## REQUEST FOR EMERENCY HEARING ON INTERIM RELIEF

15. Without the immediate use of cash collateral, the Debtor will not be able to fund ongoing business operations. The Debtor therefore respectfully requests that the Court set an emergency hearing for the consideration of the interim use of cash collateral and continue such hearing as may be needed to allow for extensions of interim use.

WHEREFORE, the Debtor prays that the Court make and enter an Order authorizing the Debtor's use of cash collateral in accordance with this Motion, through the date of a final hearing, authorize the Debtor to provide adequate protection to Lender in the form of that set forth herein,

scheduling a final hearing on the use of cash collateral, and for such further and additional relief as to the Court may appear proper.

DATED: December 1, 2010

Respectfully submitted,

By: /s/ Lee M. Kutner
Lee M. Kutner

**KUTNER MILLER BRINEN, P.C.**
303 E. 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
Email: lmk@kutnerlaw.com

The Academy Hotel
2010 Reforecast Report
12/1/2010 1:50 PM

| | DEC (2010) proj | JAN (2011) proj | FEB (2011) proj | MAR proj | APRIL proj | MAY proj | JUNE proj | JULY proj | AUG proj | SEPT proj | OCT proj | NOV proj | DEC proj | TOTAL (2011) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUE | | | | | | | | | | | | | | |
| Rooms | 175,000.00 | 185,000.00 | 195,000.00 | 227,500.00 | 257,500.00 | 316,500.00 | 410,000.00 | 537,000.00 | 390,000.00 | 323,000.00 | 275,000.00 | 162,000.00 | 183,000.00 | 3,460,500.00 |
| Banquet Room & A/V rental | 4,000.00 | 1,500.00 | 2,000.00 | 6,500.00 | 6,800.00 | 7,000.00 | 10,000.00 | 12,000.00 | 9,000.00 | 8,000.00 | 4,000.00 | 3,000.00 | 6,000.00 | 75,800.00 |
| Vending & Arcade | 600.00 | 500.00 | 600.00 | 700.00 | 700.00 | 800.00 | 850.00 | 900.00 | 850.00 | 800.00 | 700.00 | 600.00 | 600.00 | 8,600.00 |
| TOTAL REVENUE | 179,600.00 | 187,000.00 | 197,600.00 | 234,700.00 | 265,000.00 | 323,800.00 | 420,850.00 | 549,900.00 | 399,850.00 | 331,800.00 | 279,700.00 | 165,600.00 | 189,600.00 | 3,544,900.00 |
| EXPENSES BY DEPT | | | | | | | | | | | | | | |
| Rooms | 30,500.00 | 31,000.00 | 32,500.00 | 34,000.00 | 36,000.00 | 44,000.00 | 52,000.00 | 68,000.00 | 47,000.00 | 38,500.00 | 37,000.00 | 30,000.00 | 31,000.00 | 481,000.00 |
| Vending & Arcade | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Administration | 14,000.00 | 14,800.00 | 15,200.00 | 16,000.00 | 16,500.00 | 17,500.00 | 18,500.00 | 22,000.00 | 19,000.00 | 18,000.00 | 17,000.00 | 14,000.00 | 15,000.00 | 203,500.00 |
| Housekeeping | 28,000.00 | 30,000.00 | 32,000.00 | 33,000.00 | 35,500.00 | 45,000.00 | 55,000.00 | 70,000.00 | 54,000.00 | 46,000.00 | 37,000.00 | 27,500.00 | 29,000.00 | 494,000.00 |
| Maintenance | 13,500.00 | 14,000.00 | 14,500.00 | 15,000.00 | 16,000.00 | 17,000.00 | 18,000.00 | 19,000.00 | 19,000.00 | 18,000.00 | 16,500.00 | 13,500.00 | 14,000.00 | 195,500.00 |
| Marketing | 6,500.00 | 6,750.00 | 7,500.00 | 7,500.00 | 7,500.00 | 8,000.00 | 8,700.00 | 9,500.00 | 9,500.00 | 9,000.00 | 8,500.00 | 6,750.00 | 6,750.00 | 95,950.00 |
| Sales | 4,700.00 | 4,900.00 | 4,900.00 | 5,500.00 | 5,700.00 | 6,500.00 | 8,200.00 | 9,500.00 | 8,000.00 | 7,500.00 | 7,000.00 | 4,700.00 | 6,500.00 | 78,900.00 |
| Front Desk | 12,500.00 | 13,000.00 | 14,000.00 | 15,500.00 | 16,500.00 | 18,500.00 | 22,000.00 | 24,000.00 | 21,000.00 | 20,500.00 | 17,000.00 | 12,500.00 | 13,000.00 | 207,500.00 |
| Utilities | 31,000.00 | 34,000.00 | 35,500.00 | 38,000.00 | 32,000.00 | 30,000.00 | 34,000.00 | 38,000.00 | 34,000.00 | 31,000.00 | 30,000.00 | 29,000.00 | 33,000.00 | 399,500.00 |
| TOTAL DEPARTMENTAL EXPENSES | 140,700.00 | 148,450.00 | 156,100.00 | 164,500.00 | 165,700.00 | 186,500.00 | 217,400.00 | 261,000.00 | 211,500.00 | 188,500.00 | 170,000.00 | 137,950.00 | 148,250.00 | 2,155,850.00 |
| GROSS OPERATING PROFIT | 38,900.00 | 38,550.00 | 41,500.00 | 69,700.00 | 99,300.00 | 137,300.00 | 203,450.00 | 288,900.00 | 188,350.00 | 143,300.00 | 109,700.00 | 27,650.00 | 41,350.00 | 1,389,050.00 |
| Franchise Fees (BW) | 15,500.00 | 16,200.00 | 15,300.00 | 16,500.00 | 16,500.00 | 17,000.00 | 17,500.00 | 19,000.00 | 18,500.00 | 18,500.00 | 17,000.00 | 16,000.00 | 16,000.00 | 211,500.00 |
| Land/Equipment Fees | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 192,000.00 |
| INCOME BEFORE FIXED CHARGES | 7,400.00 | 6,350.00 | 10,200.00 | 37,200.00 | 66,800.00 | 104,300.00 | 169,950.00 | 253,900.00 | 147,350.00 | 108,800.00 | 76,700.00 | -4,350.00 | 8,350.00 | 985,550.00 |
| Fire & Property Tax Escrow | 6,345.70 | 6,345.70 | 6,345.70 | 6,345.70 | 6,345.70 | 6,345.70 | 6,345.70 | 6,345.70 | 6,345.70 | 6,345.70 | 6,345.70 | 6,345.70 | 6,345.70 | 76,148.40 |
| Insurance Escrow | 4,024.75 | 4,024.75 | 4,024.75 | 4,024.75 | 4,024.75 | 4,024.75 | 4,024.75 | 4,024.75 | 4,024.75 | 4,024.75 | 4,024.75 | 4,024.75 | 4,024.75 | 48,297.00 |
| Capital Improvement Escrow | 0.00 | 0.00 | 0.00 | | | | | | | | | | | |
| NET CASH BEFORE DEBT SERVICE | -2,970.45 | -4,020.45 | -170.45 | 26,829.55 | 56,429.55 | 93,929.55 | 159,579.55 | 243,529.55 | 136,979.55 | 98,429.55 | 66,329.55 | -14,720.45 | -2,020.45 | 861,104.60 |
| Debt Service Principal | | | | | | | | | | | | | | |
| Debt Service Interest | | | | | | | | | | | | | | |
| Interest Escrow | | | | | | | | | | | | | | |
| Interest Escrow Paid (REFUNDED) | | | | | | | | | | | | | | |
| Capital Improvement Escrow (REFUNDED) | | | | | | | | | | | | | | |
| NET OPERATING CASH | -2,970.45 | -4,020.45 | -170.45 | 26,829.55 | 56,429.55 | 93,929.55 | 159,579.55 | 243,529.55 | 136,979.55 | 98,429.55 | 66,329.55 | -14,720.45 | -2,020.45 | 861,104.60 |
| Capital Improvements | 75,000.00 | 100,000.00 | 75,000.00 | 75,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Operating Cash after Capital Imp | -77,970.45 | -104,020.45 | -75,170.45 | -48,170.45 | 56,429.55 | 93,929.55 | 159,579.55 | 243,529.55 | 136,979.55 | 98,429.55 | 66,329.55 | -14,720.45 | -2,020.45 | 611,104.60 |

| | DEC (2010) | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rooms Available | 5,301 | 5,301 | 4,788 | | | | | | | | | | | |
| Rooms Sold | 3,500 | 3,700 | 3,900 | | | | | | | | | | | |
| Occ% | 66.03% | 69.80% | 81.45% | | | | | | | | | | | |
| ADR | $50 | $50 | $50 | | | | | | | | | | | |
| V Rooms | | | | | | | | | | | | | | |
| RevPar | $33 | $35 | $41 | | | | | | | | | | | |
| Test Sold Rooms | | | | | | | | | | | | | | |
| Test Occ% | | | | | | | | | | | | | | |
| Test ADR | | | | | | | | | | | | | | |
| Combined Occ% | | | | | | | | | | | | | | |
| Combined ADR | | | | | | | | | | | | | | |
| Combined RevPar | | | | | | | | | | | | | | |

Exhibit A